IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| C.S., | : |
| | : |
|     Petitioner, | : |
| | : |
| v. | :   Case No. 4:25-cv-237-CDL-AGH |
| | :         28 U.S.C. § 2241 |
| TODD LYONS, *et al.*, | : |
| | : |
|     Respondents. | : |

## ORDER TO ANSWER

Petitioner applied for habeas corpus relief under 28 U.S.C. § 2241 (ECF No 1). Pursuant to the memorandum of understanding with the United States Attorney for the Middle District of Georgia, a copy of the petition and a copy of this Order shall be automatically served on the United States Attorney and Respondents electronically through CM/ECF. Respondents shall file a Return within three (3) days. *See* 28 U.S.C. § 2243. In the Return, Respondents shall specifically state the statutory basis for Petitioner's detention. Nothing in this Order shall prohibit Respondents from requesting additional time consistent with 28 U.S.C. § 2243.

**SO ORDERED**, this 21st day of July, 2025.

                                                  s/ *Amelia G. Helmick*
                                                  UNITED STATES MAGISTRATE JUDGE